**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 18 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No. 1:18-cv-03236-LDH-PK

BRANA GUTMAN on behalf of herself and all other similarly situated consumers

Plaintiff,

-against-

ARS NATIONAL SERVICES, INC.

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
December 15, 2018

/s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: Philadelphia, Pennsylvania
December 15, 2018

/s/ Richard J. Perr
Richard J. Perr, Esq.
Fineman Krekstein & Harris, P.C.
Attorney for the Defendant
Ten Penn Center, Suite 1100
1801 Market Street
Philadelphia, PA 19103
Office: (215) 893-9300
Facsimile: 215-893-8719
Email: rperr@finemanlawfirm.com

So Ordered

/s/ LDH    12/17/18
LaShann DeArcy Hall
United States District Judge